IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   13-cv-00616-LTB-MEH

GALEN AMERSON and
FRANCES M. SCOTT,

       Plaintiffs,

v.

AMERICAN MORTGAGE NETWORK, INC.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
JOHN AND JANE DOES 1-100,

       Defendants.

---

## ORDER

---

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Mortgage Electronic Registration Systems, Inc. Without Prejudice (Doc 19 - filed March 18, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Mortgage Electronic Registration Systems, Inc. only,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   March 19, 2013