**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00616-LTB-MEH

GALEN AMERSON and
FRANCES M. SCOTT,

       Plaintiffs,

v.

AMERICAN MORTGAGE NETWORK, INC.,
JOHN AND JANE DOES 1-100,

       Defendants.

---

**ORDER**

---

Upon Defendant American Mortgage Network, Inc.'s Notice of Non-Opposition to Plaintiffs' Motion to Remand (Doc 26 - filed March 19, 2013), it is

ORDERED that Plaintiffs' Motion to Remand (Doc 18 - filed March 15, 2013) is **GRANTED** and this matter is remanded to the Douglas County District Court, State of Colorado.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   March 20, 2013